NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 21-298

COMMON PLACE PROPERTIES, LLC

VERSUS

ESTATE OF DONALD C. HODGE, SR.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2015-2285 C/W 52,556
HONORABLE ROBERT LANE WYATT, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT

JUDGE

**********

Court composed of Sylvia R. Cooks, Chief Judge, Elizabeth A. Pickett, and Sharon Darville Wilson, Judges.

ANSWER TO APPEAL DISMISSED.

**Thomas John Gayle**
**Gayle Law Firm, L.L.C.**
**713 Kirby Street**
**Lake Charles, LA 70601**
**(337) 494-1220**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Common Place Properties, LLC**
    **Ronald Granger**

**Mark McMahon Judson**
**SWLA Law Center**
**1011 Lakeshore Drive, Suite 402**
**Lake Charles, LA 7061**
**(337) 436-3308**
**COUNSEL FOR OTHER:**
    **Mark Judson, Court Appointed Liquidator**

**Donald Hodge, Jr.**
**Attorney at Law**
**4148 Palm Street**
**Baton Rouge, LA 70808**
**(225) 800-7124**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Estate of Donald C. Hodge, Sr.**

**PICKETT, Judge.**

Plaintiffs-Appellees, Common Place Properties, LLC and Ronald Granger, have answered this now-dismissed appeal. On August 23, 2021, we ordered Appellees to show cause, no later than September 7, 2021, by brief only, why their answer to the appeal should not be dismissed due to the dismissal of the appeal for the failure to file an appellant's brief. In response, Appellees state that they have no opposition to the dismissal of the answer to the appeal. For the reasons that follow, we dismiss the answer.

The judicial liquidator in this matter, Mark M. Judson, filed a Motion to Distribute Assets, Discharge Liquidator and to Dismiss Proceeding. In response to the motion, an Order was signed by the trial court on December 10, 2020, approving the distribution of assets of Common Place Properties, LLC, discharging the liquidator, and dismissing the proceedings.

Defendant-Appellant, Estate of Donald C. Hodge, Sr., filed a Motion and Order for Suspensive Appeal on February 8, 2021, and the motion was granted on February 24, 2021. After the appeal was lodged in this court, Appellees filed an answer to the appeal on June 2, 2021. When Appellant failed to file a brief as provided by Uniform Rules—Courts of Appel, Rule 2-12.7, this court dismissed the appeal on July 22, 2021. Since the underlying appeal has been dismissed, we hereby dismiss the answer to the appeal filed by Appellees.

**ANSWER TO APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.